# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2111. SAMPSON v. DOORDASH, INC.

This appeal was docketed on May 27, 2026. At appellant's request, we extended the due date for his brief until July 16, 2026. Although appellant attempted to file a brief by the deadline, his brief was returned to him because it did not comply with the rules of this Court, and he has not resubmitted the filing in a manner that complies with our rules. Accordingly, appellant's appeal is hereby DISMISSED for failure to file a timely brief. See Court of Appeals Rule 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/21/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*